| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Chicken Shack, LLC** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Krispy Krunchy Chicken<br>DBA  Chicken Shack<br>FKA  Fresh 2 Go Cafe LLC | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 86-3648356 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**4620 Woodville Hwy**<br>**Tallahassee, FL 32305**<br>Number, Street, City, State & ZIP Code<br><br>**Leon**<br>County | **Mailing address, if different from principal place of business**<br><br>**9603 La Concepcion Dr.**<br>**Tallahassee, FL 32317**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor  **Chicken Shack, LLC**　　　　　　　　　　　　　　　Case number (*if known*)　　　　　　　
　　　　　Name

**7. Describe debtor's business**　　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　＿＿＿＿

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**　　*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **Chicken Shack, LLC** _____ Case number (*if known*)_____
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201           **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 3

Debtor **Chicken Shack, LLC**                                            Case number (*if known*)
       Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Case 25-40014-KKS    Doc 1    Filed 01/14/25    Page 4 of 8

Debtor  **Chicken Shack, LLC**  
 Name

Case number (*if known*)

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 14, 2025**  
 MM / DD / YYYY

**X** **/s/ Marc Pageau**  
Signature of authorized representative of debtor

**Marc Pageau**  
Printed name

Title  **Manager**

---

**18. Signature of attorney**

**X** **/s/ Byron W. Wright III**  
Signature of attorney for debtor

Date  **January 14, 2025**  
 MM / DD / YYYY

**Byron W. Wright III 118971**  
Printed name

**Bruner Wright, P.A.**  
Firm name

**2868 Remington Green Circle, Suite B**  
**Tallahassee, FL 32308**  
Number, Street, City, State & ZIP Code

Contact phone  **(850) 385-0342**    Email address  **twright@brunerwright.com**

**118971 FL**  
Bar number and State

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Chicken Shack, LLC | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF FLORIDA | ☐ Check if this is an amended filing |
| Case number (if known): | | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brown's Refrigeration 4020 Woodville Hwy #D Tallahassee, FL 32305 | | Trade debt | | | | $800.00 |
| First Data Merchant Services LLC P.O. Box 173845 Denver, CO 80217 | | Business loans | | | | $77,716.00 |
| JPMorgan Chase Bank, N.A. P.O. Box 6026 IL1-1145 Chicago, IL 60680-6026 | | | | $67,623.00 | $0.00 | $67,623.00 |
| JPMorgan Chase Bank, N.A. P.O. Box 6026 IL1-1145 Chicago, IL 60680-6026 | | Credit card | | | | $36,168.00 |
| Legend Advance Funding II LLC 800 Brickell Ave. Ste. 902 Miami, FL 33131 | | Business loan | | | | $84,584.00 |
| On Deck Capital, Inc. c/o Kelli Ferguson Marable 101 West Colfax Ave., 9th Floor Denver, CO 80202 | | All assets | | $122,769.00 | Unknown | Unknown |

Chicken Shack, LLC
9603 La Concepcion Dr.
Tallahassee, FL 32317

Teh Shan and Cindy Shih Liang
c/o Premier Commercial Group, LLC
4708 Capital Circle NW
Tallahassee, FL 32303

Byron W. Wright III
Bruner Wright, P.A.
2868 Remington Green Circle, Suite B
Tallahassee, FL 32308

Brown's Refrigeration
4020 Woodville Hwy
#D
Tallahassee, FL 32305

First Data Merchant Services LLC
P.O. Box 173845
Denver, CO 80217

JPMorgan Chase Bank, N.A.
P.O. Box 6026
IL1-1145
Chicago, IL 60680-6026

Legend Advance Funding II LLC
800 Brickell Ave. Ste. 902
Miami, FL 33131

Marc Pageau
9603 La Concepcion Dr.
Tallahassee, FL 32317

On Deck Capital, Inc.
c/o Kelli Ferguson Marable
101 West Colfax Ave., 9th Floor
Denver, CO 80202

Rainey Cawthon Distributor Inc.
601 West Madison Street
Tallahassee, FL 32304

# United States Bankruptcy Court
**Northern District of Florida**

In re  **Chicken Shack, LLC**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Chicken Shack, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 14, 2025**

Date

**/s/ Byron W. Wright III**

**Byron W. Wright III 118971**

Signature of Attorney or Litigant

Counsel for **Chicken Shack, LLC**

**Bruner Wright, P.A.**
**2868 Remington Green Circle, Suite B**
**Tallahassee, FL 32308**
**(850) 385-0342 Fax:(850) 270-2441**
**twright@brunerwright.com**